# EXHIBIT A

Eric L. Lange, Esq. (Attorney ID #038441997)
LAW OFFICES OF NOLAN & LANGE
61 Green Street
Woodbridge, New Jersey 07095
Phone: (732) 636-3344
Attorney for the Plaintiff, Sean Feeney
Email: Elange@JPNlaw.US

| | |
|---|---|
| SEAN FEENEY,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., WALMART STORE #2825, WAL-MART STORES, INC. and JOHN DOES/ABC CORPS., 1-5,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MIDDLESEX COUNTY<br><br>Docket No.<br><br>CIVIL ACTION<br><br>**COMPLAINT, JURY DEMAND DESIGNATION OF TRIAL COUNSEL, CERTIFICATION** |

## FIRST COUNT

Plaintiff, SEAN FEENEY, residing at 47 Purdue Road, Borough of Sayreville, (Parlin Section), and State of New Jersey 08859, by way of Complaint against the defendant says:

1. On or about December 21, 2023, plaintiff, SEAN FEENEY, was lawfully on the retail premises known as Walmart, located at 1126 US Highway 9, Old Bridge Township, County of Middlesex, State of New Jersey, with said retail premises owned, operated and/or maintained by Defendants WALMART, INC., WALMART STORE #2825 and/or WAL-MART STORES, INC., when he stepped on a nail protruding through a broken pallet that was negligently placed and/or allowed to remain on the floor inside of the store.

2. At the time and place aforesaid, the defendants negligently and/or carelessly owned, operated or maintained the premises so as to allow a hazardous condition to exist on the property which caused the plaintiff to become injured.

3. Defendant was negligent in that they:

a) did not keep the premises in a safe condition;

b) did not exercise proper care;

c) caused and/or allowed a dangerous and hazardous condition to exist on the property;

d) allowed a nuisance to exist;

e) failed to provide proper safeguards and/or warnings on their property.

f) failed to provide proper, safe and clear access for persons allowed and invited to use their property;

g) failed to warn of the hidden dangers on their property; and

h) was otherwise negligent and careless with the premises so as to cause the accident complained of herein.

4. As a result of defendant's negligence, the plaintiff was caused to suffer and sustain severe, disabling and permanent injuries and has been and will in the future be caused to obtain medical treatment for his injuries and has been disabled and will in the future be disabled and not able to perform his usual functions, and has and in the future will be caused great pain and suffering

**WHEREFORE**, plaintiff, SEAN FEENEY , demands judgment against the defendants either jointly, severally or in the alternative for damages together with interest and costs of suit.

## SECOND COUNT

1. Plaintiff repeats and re-alleges each and every allegation contained in the First Count of

the Complaint, as if each were more fully set forth herein at length.

2. Defendants, JOHN DOES and/or ABC CORPS., said names being fictitious representing unknown identities of such other individuals, supervisors, managers, merchandise suppliers, maintenance companies, cleaning companies, agents, servants, brokers, employees, contractor and/or subcontractors whose acts of negligence may have caused or contributed to the injuries sustained by the plaintiff.

3. At such time as the identities of these fictitiously pleaded tortfeasors are ascertained, the plaintiff shall seek to amend this complaint so as to substitute the actual identities of these individuals or businesses. Plaintiff attributes each and every act of negligence alleged against the named defendants hereto to those who are fictitiously pleaded as if they were more specifically set forth in their entirety.

**WHEREFORE**, the plaintiff, SEAN FEENEY, demands judgment against the defendant jointly, severally or in the alternative, for compensatory damages, lost wages, costs of suit, interest and such other relief as the Court may deem just and proper.

**JURY DEMAND**

PLEASE TAKE NOTICE that plaintiff hereby demands a trial by jury pursuant to R. 4:35-1.

**DEMAND FOR ANSWERS TO INTERROGATORIES**

Pursuant to Rule 4:17-1(b), the plaintiff hereby demands the defendants provide answers to the uniform Interrogatories set forth in Form C and C(2) of Appendix II of the Rules Governing the Courts of the State of New Jersey.

**TRIAL COUNSEL DESIGNATION**

PURSUANT to R. 4:25-4, please be advised that ERIC L. LANGE, ESQ. is hereby designated as trial counsel for the plaintiff in the above entitled action.

**CERTIFICATION**

PURSUANT to Rule 4:5-1, I hereby certify that to the best of my knowledge no action is pending or is contemplated in any Court or arbitration proceeding with respect to the attached pleading. As of this date, I know of no other parties who should be joined.

**Law Offices of Nolan & Lange**
Attorneys for Plaintiff

Dated: December 9, 2025 BY: /s/ Eric L. Lange, Esq.